**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 79 MAL 2017
                                        :
           Respondent               :
                                          :    Petition for Allowance of Appeal from
                                          :    the Order of the Superior Court
              v.                             :
                                          :
                                          :
DAVID T. DONES,                        :
                                          :
           Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 24th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.